DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. WATSON

   No. 88 PC.

   Case below: 13 N.C. App. 54.

   Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 January 1972.


WILMAR, INC. v. ANDERSON

   No. 116 PC.

   Case below: 13 N.C. App. 80.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.


WILMAR, INC. v. LILES and WILMAR, INC. v. POLK

   No. 117 PC.

   Case below: 13 N.C. App. 71.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.